To: Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Tx. 75702

Date: October 8, 2015

From: Brian Alan Hays #1467211
Allred Unit
2101 FM 369 N.
Iowa Park, Tx. 76367



FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 13 2015

TEXAS
ESTES CLERK

Re; Clerk's Record/Chronological Index and/or Table of Contents
Trial Court Cause No. 5168
Twelfth Court of Appeals No. 12-11-00313-CR

Dear Clerk,
Do you have a copy of the Clerks Record on file in the above styled case?
If so I will send payment for a copy of the chronological index or table of
contents if you will inform me as to how many pages it will require.

Thank you for your time in this matter.
Please find a SASE enclosed for your convenience.

Sincerely,

Brian A. Hays